# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH WILSON**, *et al.*, | : CIVIL ACTION NO. 1:10-CV-0353 |
| | : (Judge Conner) |
| **Plaintiffs** | : |
| v. | : |
| **BOARD OF CONTROL OF THE CITY OF HARRISBURG SCHOOL DISTRICT**, *et al.*, | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 15th day of June, 2010, upon consideration of the amended complaint (Doc. 18) filed by plaintiffs Elizabeth Wilson, Karl Singleton, Shirley Jackson, and Kia Hansard (collectively, "plaintiffs") on June 14, 2010, and the motion (Doc. 8) to dismiss the complaint, which was filed by defendants Board of Control of the City of Harrisburg School District, Calobe Jackson, Jr., Les Ford, Brad Furey, Trent Hargrove, Clare Jones, and Dr. Gerald Kohn (collectively, "defendants") on May 5, 2010, and recognizing that an "amended complaint supersedes the original version," Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002); see also 6 CHARLES A. WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476, at 556 (2d ed. 1990), it is hereby ORDERED that the motion (Doc. 8) to dismiss is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge